# EXHIBIT B

\r\n \r\n \r\n\r\n
ADVERTISEMENT
\r\n
\r\n \r\n \r\n \r\n\r\n","elementSelector":"div.aside > div#divNormal","id":"13e86bf0-d3e8-11e4-8f09-000c2928eee9","placement":"before","type":"HTML","uID":"806ce13e86"},"previewCookie":"806ce0d0-d3e8-11e4-8f09-000c2928eee9","sitematch":"","website":"newegg"},
{"campaignName":"[Premier] Top Membership Bar","displays":[{"campaignId":"0438af10-9137-11e4-a7db-000c2928eee9","campaignName":"[Premier] Top Membership Bar","id":"b4cc58f0-9136-11e4-a7db-000c2928eee9","script":"","type":"JAVASCRIPT","uID":"0438ab4cc5"}],"previewCookie":"0438af10-9137-11e4-a7db-000c2928eee9","sitematch":"","website":"newegg"},
{"campaignName":"Timing API","displays":[{"campaignId":"ccdf0b70-c900-11e4-b055-000c2928eee9","campaignName":"Timing API","id":"ae71e400-c900-11e4-b055-000c2928eee9","script":"","type":"JAVASCRIPT","uID":"ccdf0ae71e"}],"previewCookie":"ccdf0b70-c900-11e4-b055-000c2928eee9","sitematch":"","website":"newegg"}]);

TRY ▶ Free 30-day trial when you sign up for a 12-month membership.

BACK SCHOOL    Log in or Register    0 Items    Wish List    Feedback    Help

Shop All Stores    Keywords, Model # or Item #    Search all    SEARCH    Marketplace

≡ Home > Home & Outdoors > Hardware > Hooks & Picture Hangers > AGPtek > Item#: **9SIA0U023K2069**

AGPTEK

### Heavy Duty Roller Shower Curtain Rings, Metal Double Glide Shower Ring, Brushed Nickel, Set of 12

Be the first to review this product

In stock.

- Hook & Loop

**FREE SHIPPING AVAILABLE**

$18.99

QTY. 1    $9.95

Save: $9.04 (48%)

Sold and Shipped by:
Imagestore

Add to Wish List    Price Alert

ADVERTISEMENT

Casper

TRY IT FOR 100 NIGHTS

SHOP THE MATTRESS >

Report This Ad

**May We Suggest**

Heavy Duty Roller Shower Curtain Rings, Metal Double    $9.95

| | | |
|---|---|---|
| EAGLE 9010LEGS Flammable | Skimmer, Disc, 12 In | Salsbury 3712D-12AFU 4C |
| $1,303.24 | $158.10 | $979.14 |
| ☐ | ☐ | ☐ |

EAGLE 1976RED Aerosols
$608.85
☐

CREATE A BUNDLE

Total:    $9.95

ARE YOU AN **E-BLAST INSIDER**?

Enter Email Address    SUBSCRIBE

**PayPal**
Shop without retyping payment details.
Secure shopping made faster.
Check out with PayPal.

**Newegg Preferred Account**
No Payments + No Interest if paid in full in up to 12 Months. Minimum purchase required.
Subject to credit approval. See Terms

PayPal **CREDIT** PayPal Credit
No Payments + No Interest if paid in full in 6 Months on order over $250.
Subject to credit approval. See Terms

Ads by Google (?)

**Friendly Reminder:** In order to resolve the issues you met quickly, Please Contact Us firstly

**Description:**
• Our AGPTEK original Shower Curtain Rings are designed to fit ¾" to 1-1/8" diameter curved, str Plated, Chrome Polished
• Corrosion-Free High Quality Heavy Duty Chrome Finish Process to ensure longevity of product process that our Shower Curtain Rings incur will ensure that your shower curtain rings will stay be our shower curtain rings, they are guaranteed to not rust over the lifetime that you own them
• AGPTEK Shower Curtain Rings are made of the Highest Quality Materials - Heavy Duty Brass a the bathroom setting over time and use. Due to the High Quality materials used in our curtain ring

**Specification:**
• Heavy duty-made of high grade stainless steel
• Hangs both shower curtain and liner

- Glides easily and rust resistant
- Fits standard size shower rods
- Corrosion-Free, Friction-Free and Glides Smoothly on Curtain Rods
- Roly Rings by Hooks & Rings Shower Curtain Rings Backed by a Lifetime

**Package including:**
Original AGPTEK Heavy Duty Roller Shower Curtain Rings, Set of 12

### Get the most from your AGPtek HS0043-HOOK with these extras!

See what customers also bought with this product

| Most Popular | | | |
|---|---|---|---|
| Safes | | | |
| Misc Hardware | | | |
| Mailboxes & Post | EAGLE 9010 Flammable Safety Cabinet, 90 Gal., Combination | Kissner, Dis Salt Dump | Salsbury 371 12AFU 4C H( Mailbox 12 D |
| My Selected Items (0) | | | |

$1,303.24  $158.10  $97!

selected items: 0 (view)

featured

Policy & Agreement | Privacy Policy  © 2000-2015 Newegg Inc.  All rights reserved.